# United States Court of Appeals

## For the First Circuit

———————

No. 09-1832

ANA MARGARITA VILLA-LONDONO,

Petitioner,

v.

ERIC H. HOLDER, JR., ATTORNEY GENERAL,

Respondent.

———————

**ERRATA**

The opinion of this Court issued on March 12, 2010 is corrected as follows:

On page 10, line 2, insert "IJ and the" before "BIA"